UNITED STATES of America, Plaintiff–Appellee,

v.

Sedrick L. RAULS, Defendant– Appellant.

No. 01–3456.

United States Court of Appeals, Eighth Circuit.

Submitted April 19, 2002.

Filed May 2, 2002.

Before BOWMAN, LAY, and RILEY, Circuit Judges.

PER CURIAM.

Sedrick Rauls appeals from his conviction for distributing cocaine in violation of 21 U.S.C. § 841(a)(1). As the sole issue on appeal, Rauls asserts the district court erred by admitting evidence concerning $67,000 seized from a car driven by Rauls seven weeks prior to his arrest on the immediate charges. The bulk of the cash had been found in a heavily taped shoe box, in six bundles wrapped in dryer sheets and placed inside plastic baggies. A narcotics sniffing dog twice alerted to the money. The cash was administratively forfeited as drug proceeds.

The district court ruled the evidence was relevant to Rauls' course of conduct and, thus, was independently relevant apart from Federal Rule of Evidence 404(b).

We have reviewed the record and find the district court committed no error of law.

The district court is AFFIRMED. *See* 8th Cir. R. 47B.